UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYA KHAIMOV,<br><br>        Plaintiff,<br><br>-v-<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>        Defendant. | Civil Case Number: 1:20-cv-00585-KAM-PK<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 1, 2021 Stipulation of Dismissal, all claims asserted against Defendant TRANSWORLD SYSTEMS, INC. in Civil Action No. **1:20-cv-00585-KAM-PK**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the above action.

**SO ORDERED THIS** __2 nd__ **day of** __April__ **, 2021.**

                                                    Kiyo A. Matsumoto, USDJ
                                      HONORABLE KIYO A. MATSUMOTO
                                      UNITED STATES DISTRICT JUDGE